

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2018

No. 04-17-00093-CR

Bobby **BORDELON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2517-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

After considering Appellant Bobby Bordelon's Motion for Rehearing and the State's Response to the Motion for Rehearing, the Motion for Rehearing is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court